STATE OF NEW JERSEY v. MARCO DI GIOVANNI.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL WATSON.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS A. SANTANA.

February 11, 1985.

Petition for certification denied.

JOHN SCOTT v. BOARD OF TRUSTEES, POLICE AND
FIREMEN'S RETIREMENT SYSTEM.

February 11, 1985.

Petition for certification denied.